UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:03-cr-00133-JMS-DKL |
| ) | |
| DONTEAU GLADNEY, ) | |
| ) | |
| Defendant. ) | |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the Court pursuant to the May 14, 2013 Order entered by the Honorable Jane Magnus-Stinson designating the duty Magistrate Judge to conduct a hearing on the Petition for Summons or Warrant for Offender Under Supervision filed on April 17, 2013. Pursuant to that Order, the Court herein submits proposed Findings of Facts and Recommendations for disposition under Title 18 U.S.C. §§ 3401(i) and 3583(e).  Proceedings were held on May 15, 2013, in accordance with Rule 32.1 of the *Federal Rules of Criminal Procedure*.[1]

On May 15, 2013, Donteau Gladney ("Gladney") appeared in person with appointed counsel, Joe Cleary. The government appeared by Josh Minkler, Assistant United States Attorney. U. S. Parole and Probation appeared by Patrick Jarosh, U. S. Parole and Probation officer.

---

[1] All proceedings were recorded by suitable sound recording equipment unless otherwise noted.  *See,* Title 18 U.S.C. § 3401(e).

The Court conducted the following procedures in accordance with Rule 32.1(b)(2), Fed. R. Crim. P. and Title 18 U.S.C. § 3583:

1. Gladney was re-advised of the nature of the violations alleged against him and acknowledged receipt of the notice of said allegations.

2. Gladney stipulated that he committed Violations 1 through 4, as set forth in the Petition for Warrant or Summons for an Offender Under Supervision, filed with the Court on April 15, 2013 as follows:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | *"The defendant shall not leave the judicial district without the permission of the court or probation officer."*<br><br>Mr. Gladney admitted leaving the Southern District of Indiana without permission and traveling to New York and California. In addition, he admitted traveling to Tijuana, Mexico, on two occasions. |
| 2 | *"The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons."*<br><br>Mr. Gladney has failed to provide documentation of any verifiable employment beginning approximately July 1, 2012, until December 27, 2012, at which time he enrolled in a barber school. |
| 3 | *"The defendant shall not commit another federal, state or local crime."* |
| 4 | *"The defendant shall not unlawfully possess a controlled substance."*<br><br>On March 25, 2013, while meeting with drug task force agents and U.S. Probation Officer Shelly McKee, Mr. Gladney admitted he was "moving some marijuana." |

3. The highest grade of Violation (Violation 3) is alleged as a Grade A violation, pursuant to U.S.S.G. § 7B1.1(a)(2).

4. The criminal history category for Gladney is II.

    5.       The term of imprisonment applicable upon revocation of Gladney's supervised release, therefore, is 27-33 months' imprisonment.  *See*, U.S.S.G. § 7B1.4(a).

    6.       The parties agreed that revocation and a term of imprisonment of 27 months with no supervised release to follow was an appropriate disposition of the case.

The Court, having heard the admissions of the defendant, the stipulations of the parties, and the arguments and discussions on behalf of each party, **NOW FINDS** that the defendant, Donteau Gladney, violated the above-delineated condition in the Petition.

Gladney's supervised release is therefore **REVOKED** and he is sentenced to the custody of the Attorney General or his designee for a period of 27 months, with no supervised release to follow.

The Magistrate Judge requests that Patrick Jarosh, U. S. Parole and Probation Officer, prepare for submission to the Honorable Jane Magnus-Stinson, District Judge, as soon as practicable, a supervised release revocation judgment, in accordance with these findings of facts, conclusions of law and recommendation.

Counsel for the parties and Mr. Gladney stipulated in open court waiver of the following:

    1.  Notice of the filing of the Magistrate Judge's Report and Recommendation;

    2.  Objection to the Report and Recommendation of the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §636(b)(1)(B); Rule 72(b), *Federal Rules of Civil Procedure*, and S.D.Ind.L.R.72.1(d)(2), *Local Rules of the U.S. District Court for the Southern District of Indiana.*

Counsel for the parties and Mr. Gladney entered the above stipulations and waivers after being notified by the undersigned Magistrate Judge that the District Court may refuse to accept

the stipulations and waivers and conduct a revocation hearing pursuant to Title 18 U.S.C. §3561 *et seq.* and Rule 32.1 of the *Federal Rules of Criminal Procedure* and may reconsider the Magistrate Judge's Report and Recommendation, including making a *de novo* determination of any portion of the Report or specified proposed findings or recommendation upon which he may reconsider.

**WHEREFORE,** the U. S. Magistrate Judge **RECOMMENDS** the Court adopt the above report and recommendation revoking Mr. Gladney's supervised release and imposing a sentence of imprisonment of 27 months in the custody of the Attorney General or his designee with no supervised release to follow.

**IT IS SO RECOMMENDED** this   05/17/2013

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Distribution to all registered counsel via electronic notification

U. S. Parole and Probation

U. S. Marshal